IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BRENDA CAROLYN SLUDER, | : | CASE NO. 13-63982-JRS |
| | : | |
| Debtor | : | |
| | : | |
| DALE R. F. GOODMAN, Chapter 7 Trustee for the Bankruptcy Estate of BRENDA CAROLYN SLUDER, | : : : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| BRENDA CAROLYN SLUDER; WELLS FARGO BANK, NA; EUEL PHILIP McLEMORE;  CARLA JACKSON, TAX COMMISSIONER; COBB COUNTY, GEORGIA; CITY OF MARIETTA, TAX DEPARTMENT; and TASSARE FINANCIAL GROUP, LLC. | : : : : : : : | |
| | : | |
| Respondents. | : | |

**NOTICE OF ASSIGNMENT OF HEARING**

NOTICE IS HEREBY GIVEN that Dale R. F. Goodman, Trustee, filed the *Chapter 7 Trustee's Motion for Authority to Sell Real Property Free and Clear of Liens, Claims, Encumbrances and Liabilities, and to Disburse Certain Proceeds* on May 1, 2014 (Doc. No. 58), seeking authorization to sell Debtor, Brenda Carolyn Sluder's real property at 306 Kirkpatrick Drive, Marietta, Cobb County, Georgia (the "Property") free and clear of liens, claims, encumbrances and liabilities, with all such liens, claims,

encumbrances, and interests to attach to the proceeds of the sale with the same priority, validity, force and effect as they currently have in or against the Property free and clear of all liens, claims, encumbrances and interests or liabilities (the "Liens and Claims") to David Stroup ("Purchaser") for $132,000.00, pursuant to the terms of a Purchase and Sale Agreement between Purchaser and the Trustee, to disburse closing proceeds to pay items specified in the Motion, to satisfy a Security Deed and to waive the requirements of Bankruptcy Rule 6004(h) to stay the effect of the Order for fourteen (14) days.

The Motion and attachments are available for review in the Office of the Clerk of the United States Bankruptcy Court, Room 1340 Richard B. Russell Federal Building, 75 Spring Street, SW., Atlanta, Georgia 30303, or online at *http://ecf.ganb.uscourts.gov* (registered users) or at *http://pacer.psc.uscourts.gov* (unregistered users).

PLEASE TAKE NOTICE that the Court will hold a hearing on the Trustee's Motion in **Courtroom 1404**, United States Courthouse, 75 Spring Street, SW, Atlanta, Georgia at **10:00 a.m. on June 3, 2014.**

**Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do**

so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address below stated.

Dated and served this 1st  day of May, 2014.

GOODMAN & GOODMAN, P.C.

By: ____/s/_____

1303 Hightower Trail, Suite 200     Dale R. F. Goodman, State Bar No. 300950
Atlanta, Georgia 30350-2919          Attorneys for Trustee
(770) 649-7510
*dale.goodman@7trustee.net*